**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**OLGA NIKITINA,**

           **Plaintiff,**

**-vs-**                                                    **Case No. 6:06-cv-1712-Orl-31KRS**

**TILAK ENTERPRISE OF AMERICA,**
**INC., KAMLESH R. PATEL and**
**MINAKASHIBEN PATEL ,**

           **Defendants.**

_____

**ORDER**

       This cause came on for consideration *sua sponte* based on a review of the docket in this case. This case was previously assigned to the Honorable James G. Glazebrook, United States Magistrate Judge. It was recently reassigned to me for consideration with other related cases. Doc. No. 26.

       The Clerk of Court has entered a default against Defendants Tilak Enterprises of America , Inc. (Tilak) and Kamlesh R. Patel. Doc. No. 15. Thereafter, the defendants filed a document, which the Clerk of Court has construed as an answer. Doc. No. 25. Because Tilak and Kamlesh R. Patel have not moved to set aside the default, the "answer" has no legal effect. Moreover, the document is insufficient to serve as an answer for Tilak because, as previously explained by Judge Glazebrook, under Local Rule 2.03(e) a corporation may only appear and be heard through counsel admitted to practice before this Court. Because it does not appear that either Kamlesh Patel or Minakashiben Patel is an attorney, they may not file any answer or other documents on behalf of Tilak.

       Plaintiff Olga Nikitina has filed a motion for default judgment against both defendants. Doc. No. 22. If Tilak and Kamlesh Patel wish to defend this case, Tilak must retain counsel who is a

member of the bar of this Court, and Tilak and Kamlesh Patel must move to set aside the default and for permission to file an answer out of time. If these steps are not taken on or before April 30, 2007, the Court will consider the motion for default judgment against these defendants to be unopposed.

The Clerk of Court is directed to mail a copy of this order to Kamlesh Patel and Minakashiben Patel, and to Tilak c/o Registered Agent Kamlesh R. Patel, at 224 South Florida Avenue, Deland FL 32720.

**DONE** and **ORDERED** in Orlando, Florida on April 17, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties