**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**OLGA NIKITINA,**

        **Plaintiff,**

**-vs-**                                            **Case No. 6:06-cv-1712-Orl-31KRS**

**TILAK ENTERPRISE OF AMERICA,**
**INC., KAMLESH R. PATEL and**
**MINAKASHIBEN PATEL ,**

        **Defendants.**
_____

## ORDER

Minakashiben Patel has failed to comply with this Court's Order of April 17, 2007 (Doc. 27), and Tilak Enterprise of America ("Tilak") and Kamlesh R. Patel have failed to comply with the Order at Doc. 28. Accordingly, it is

**ORDERED** that:

1. Default be entered against Minakashiben Patel;

2. The "answer" filed on behalf of Tilak and Kamlesh R. Patel is STRICKEN; and

3. the entry of default judgment is referred to the Magistrate Judge for a Report and Recommendation.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 7, 2007.

Copies furnished to:

Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE