**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**OLGA NIKITINA,**

**Plaintiff,**

**-vs-**                                                    **Case No.  6:06-cv-1712-Orl-31KRS**

**TILAK ENTERPRISE OF AMERICA,**
**INC., KAMLESH R. PATEL and**
**MINAKASHIBEN PATEL ,**

**Defendants.**

_____

## ORDER

This cause comes before the Court on Joint Notice of Settlement, Motion for Approval of

Settlement, and Motion to Dismiss Case with Prejudice (Doc. No. 37) filed August 24, 2007.

On October 24, 2007, the United States Magistrate Judge issued a report (Doc. No. 39)

recommending that the motion be granted. No objections have been filed.  Therefore, it is

**ORDERED** as follows:

1.      That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of

this Order.

2.      That Joint Motion for Approval of Settlement and Motion to Dismiss Case with

Prejudice are GRANTED.  The Court finds that the Settlement Agreement is a fair and reasonable

compromise of a legitimate dispute between parties represented by competent counsel.  Therefore,

the Settlement Agreement is approved.

3.      The case is dismissed with prejudice and the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 13th day of November, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party